WOODY v. THOMASVILLE UPHOLSTERY, INC.

[355 N.C. 483 (2002)]

PER CURIAM.

[1] We reverse that portion of the Court of Appeals' opinion that found error in the trial court's entry of directed verdict for defendant Cooper Steel Fabricators.

We affirm that portion of the Court of Appeals' opinion that affirmed the trial court's entry of directed verdict for defendant James N. Gray Company.

[2] The Court of Appeals is once again reminded of its responsibility to issue opinions in which the holding is readily understandable to the bench and bar. *Knight Pub'g Co. v. Chase Manhattan Bank, N.A.*, 131 N.C. App. 257, 506 S.E.2d 728 (1998), *remanded for modification*, 351 N.C. 98, 540 S.E.2d 36 (1999); *Jones v. Asheville Radiological Grp., P.A.*, 129 N.C. App. 449, 500 S.E.2d 740 (1998), *remanded with instructions*, 350 N.C. 654, 517 S.E.2d 380 (1999). The Court of Appeals' opinion in this case, in which a portion of the majority opinion was erroneously designated a dissent, while a portion of the dissent was found in what purported to be the majority opinion, was confusing and inappropriate.

REVERSED IN PART; AFFIRMED IN PART.

———————————

BEATRICE WOODY, Employee v. THOMASVILLE UPHOLSTERY INCORPORATED, Employer, SELF-INSURED (Helsman-Management Services, Inc., Servicing Agent)

No. 596A01

(Filed 10 May 2002)

**Workers' Compensation— depression and fibromyalgia—not occupational diseases**

The decision of the Court of Appeals in this case is reversed for the reasons stated in the dissenting opinion in the Court of Appeals that the evidence and the Industrial Commission's findings do not support the Commission's conclusions that plaintiff's employment exposed her to a greater risk of contracting depression and fibromyalgia than the public generally and that her depression and fibromyalgia are compensable occupational diseases.

**DOLAN v. DOLAN**

[355 N.C. 484 (2002)]

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 146 N.C. App. 187, 552 S.E.2d 202 (2001), affirming an opinion and award entered by the Industrial Commission on 13 January 2000. Heard in the Supreme Court 16 April 2002.

*Mary F. Pyron for plaintiff-appellee.*

*Morris York Williams Surles & Barringer, LLP, by Thomas E. Williams and Stephen Kushner; and Orbock Bowden Ruark & Dillard, by Maureen S. Orbock and Devin F. Thomas, for defendant-appellant.*

PER CURIAM.

For the reasons stated in the dissenting opinion, we reverse the decision of the Court of Appeals.

REVERSED.

---

WILLIAM EDWARD DOLAN v. KAREN A. DOLAN

No. 48A02

(Filed 10 May 2002)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 558 S.E.2d 218 (2002), vacating and remanding an order entered 31 August 2000 by Jarrell, J., in District Court, Guilford County. Heard in the Supreme Court 16 April 2002.

*Hatfield & Hatfield, by Kathryn K. Hatfield, for plaintiff-appellant.*

*Floyd & Jacobs, L.L.P., by Jack W. Floyd, for defendant-appellee.*

*Wyatt Early Harris & Wheeler, L.L.P., by A. Doyle Early, Jr., on behalf of the North Carolina Chapter of the American Academy of Matrimonial Lawyers, amicus curiae.*

PER CURIAM.